RECEIVED

AUG 1 1 2017

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

THOMAS ALBERT

(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # 519-133

VS.

OHIO ADULT PAROLE AUTHORITY ET al.

(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

CYNTHIA MAUSSER

JAMES HAAS

JENNIFER PRIBE

2:17CV0701

Judge Marbley

**MAGISTRATE JUDGE DEAVERS**

**COMPLAINT**

I.     PARTIES TO THE ACTION:

PLAINTIFF:     PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

THOMAS ALBERT

NAME - FULL NAME PLEASE - PRINT

P.O. BOX 120 LEBANON, OHIO 45036

ADDRESS: STREET, CITY, STATE AND ZIP CODE

TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

-1-

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

A.  HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO ☒

B.  IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1.  PARTIES TO THIS PREVIOUS LAWSUIT

PLAINTIFFS:

DEFENDANTS:

2.  COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

3.  DOCKET NUMBER

4.  NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

5.  DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

6.  APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

7.  APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

WARREN CORRECTIONAL INSTITUTE

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES (X) NO ( )

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (X)

C. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

BECAUSE PRISON GRIEVANCE PROCEDURE HAS NOTHING TO DO WITH PAROLE REVOCATION HEARINGS.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES ( ) NO (X)

F. IF YOUR ANSWER IS YES:

    1. WHAT STEPS DID YOU TAKE?

    2. WHAT WAS THE RESULT?

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. CYNTHIA MAUSSER

NAMES - FULL NAME PLEASE

770 W. BROAD ST. COLS, OH 43222

ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. JENNIFER PRIBE

770 W. BROAD ST. COLS, OH 43222

3. JAMES HAAS

770 W. BROAD ST. COLS, OH 43222

4.

5.

6.

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

-4-

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

(1) ON 5/25/17 PLAINTIFF WAS PLACED IN FRANKLIN COUNTY JAIL BY PAROLE OFFICER (JAMES HAAS) FOR ALLEGEDLY FAILURE TO COMMUNICATE WITH PAROLE OFFICER (JAMES HAAS).

(2) ON 5/29/17 PLAINTIFF WAS TRANSFERED TO FRANKLIN COUNTY CORRECTIONS CENTER II WHICH IS CONSIDERED A BOILER-PLATE ATMOSPHERE WHERE ASSAULTS AND FIGHTS ARE RAMPAT. ON 5/29/17 PLAINTIFF WAS INVOLVED IN A MINOR FIGHT AND WAS SANCTIONED BY THE SHERIFF CORRECTION STAFF TO (5 DAYS) IN ISOLATION. ON 6/8/17 PAROLE OFFICER (JAMES HAAS) ATTEMPTS TO USE THIS FIGHT SANCTION TO WARRANT A 240 DAY PRISON SANCTION AS A RULE 1 VIOLATION CIRCUMVENTING AND DEPRIVING PLAINTIFF RIGHT'S TO A GRAND JURY PROCESS BY CHARGING PLAINTIFF WITH ASSUALT AND ISSUING PUNISHMENT WERE NO COMPLAINT, WARRANT, OR UNTRIED INDICTMENT EXIST, FROM WHICH A LINE HAS BEEN DRAWN BETWEEN BLACK TO WHITE SINCE THIS STATE ACTION IS NOT BEING EQUALLY APPLIED/ENFORED TO WHITE INMATES (RECORD'S REFLECT) OR ENFORCED AGAINST WHITE PRISONER'S UNIFORMLY.

(3) ON 6-15-17 PLAINTIFF WAS SENT TO C.R.C. WERE HE AWAITED HIS PAROLE REVOCATION HEARING ON 6-28-17. ON 6-28-17 PLAINTIFF HEARING WAS CONTINUED TO 7-20-17 WHILE THE A.P.A.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

1. PLAINTIFF SEEKS JURY TRIAL.

2. PLAINTIFF SEEKS A REHEARING.

3. PLAINTIFF SEEKS $10,500 IN DAMAGES.

4. PLAINTIFF SEEKS ANY FURTHER RELIEF DEEMED APPROPRIATE AND EQUITABLE.

SIGNED THIS 08 DAY OF 10 2017.

SIGNATURE OF PLAINTIFF

# STATEMENT OF CLAIM

COMPLIED WITH PLAINTIFF DEMAND TO PRODUCE THE WITNESS(ES) AGAINST PLAINTIFF (6TH AMEND CONFRONTATION). ON 7/20/17 CONDUCTING A REVOCATION HEARING HELD BY HEARING OFFICER (JENIFER PRIBE) AND STATE AGENT (JAMES HAAS) PLAINTIFF WAS DENIED HIS RIGHT TO DUE PROCESS, CONFRONT AND CROSS EXAMINE ADVERSE WITNESSES AS PLAINTIFF DEMANDED. ON 7/20/17 PLAINTIFF WAS ALSO DENIED THE RIGHT TO PRESENT EVIDENCE ON HIS BEHALF OF ACTUAL DEGREE/GRAVITY OF A PURPORTED ASSUALT WHERE AN ELEMENT OF THAT OFFENSE WAS THE UNDERLYING CAUSE FOR VIOLATION AND REINSTATEMENT OF 280 DAYS.

(4) PLAINTIFF WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL AT PAROLE REVOCATION HEARING ON 7/20/17 AT C.R.C. BECAUSE COUNSEL FAILED TO PROTECT EVEN A MINIMUM DEGREE OF PLAINTIFF RIGHT'S OR LIBERTY PROTECTED INTEREST.

(5) ON 7/20/17 PLAINTIFF CLAIMS THAT HIS RIGHT'S WERE VIOLATED DURING A VIOLATION HEARING AT C.R.C WHEN HEARING OFFICER (JENNIFER PRIBE) ALLOWED INTO EVIDENCE A VIDEO TAPE OF A FIGHT AT FRANKLIN COUNTY CORRECTION CENTER II ON 5/29/17 IN WHICH SHE USED TO FIND PLAINTIFF GUILTY OF A RULE 1 VIOLATION WHICH PLAINTIFF WAS NEVER ARRESTED, CHARGED, OR CONVICTED ON, CIRCUMVENTING MY RIGHT TO A JURY TRIAL.

(6) PLAINTIFF CLAIMS THE RULE 1 PURPORTED FIGHT VIOLATION AS DEFINED BY THE O.A.P.A. THAT ALLEGEDLY OCCURRED AT THE COLUMBUS WORKHOUSE IS NOT UNIFORMLY ADOPTED AND APPLIED TOWARD WHITE PAROLEE'S WHILE DETAINED AT THAT FACILITY, CLAIMING A DISCRIMINATORY STATE ACTION AGAINST ME.

## STATEMENT OF CLAIM

(7) IN CONCLUTION PLAINTIFF FEELS THE ACT'S OF DEFENDANT'S IN FACT, CAUSED PAIN, PENALTIES, AND PUNISHMENT'S THAT VIOLATE'S MY FEDERAL RIGHT'S.