IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THOMAS ALBERT, | : |
|     **Plaintiff,** | :    Case No. 2:17-cv-701 |
| v. | :    **JUDGE ALGENON L. MARBLEY** |
| | :    Magistrate Judge Deavers |
| OHIO ADULT PAROLE AUTHORITY, *et al.*, | : |
|     **Defendants.** | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's September 28, 2017 Report and Recommendation (ECF No. 5), which recommended that the Court dismiss Plaintiff's claims against Defendants.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 5 at 5). There was some difficulty getting a copy of the Report and Recommendation to Mr. Albert given change of addresses, but a copy was mailed to his last known address on December 13, 2017 and has not been returned as undeliverable. This Court issued an Order on March 1, 2018, directing parties to file any objections to the Report and Recommendation by March 15, 2018. (ECF No. 15). The parties have failed to file any objections, and the deadline for objections has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Plaintiff's claims against Defendants are hereby **DISMISSED.**

IT IS SO ORDERED.

                                  s/ Algenon L. Marbley
                                ALGENON L. MARBLEY
                                UNITED STATES DISTRICT JUDGE

DATED:  April 13, 2018